# IN THE UNITED STATES DISTRICT COURT

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENT RELATES TO:                    CIVIL ACTION NO. MDL 875

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

All Cascino Vaughan Law Office
Cases on Attached Exhibit A

       Plaintiff,

  v.                                         Case No.:  See Exhibit A (# cases)

Various Defendants

       Defendants.

## MOTION FOR VOLUNTARY DISMISSAL

     NOW COMES the plaintiff, by their attorneys, Cascino Vaughan Law Offices, Ltd., and moves this Honorable Court to enter dismissals for the attached cases.

Date: 4/20/2006

By:    s/Michael Cascino
       Attorney for Plaintiff

Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312)-944-0600

| Name | Case# |
|------|-------|
| Abitz Donald L Sr | 92C0201 |
| Abrams Jack E | 92C0494 |
| Ackley Billy J | 92C1173* |
| Adams Edward W | 92C0867 |
| Aissen Werner H | 93-C-1382 |
| Aken Edward L | 94-C-1192 |
| Albrecht Leonard F | 92C1173 |
| Allen Gary J Sr | 92C1173* |
| Almond Verlyn L | 93-C-1423 |
| Alvord Lloyd E Sr | 93-C-0714 |
| Anders William F | 92C0867 |
| Anderson Daniel A | 92C0868 |
| Anschutz Clyde G | 92C0200 |
| Arts Michael D | 92C0867 |
| Arts Peter A Sr | 92C0867 |
| Ast Kenneth | 92C0205 |
| Aumueller Theodore E | 94-C-0161 |
| Baars David F | 92C0868 |
| Babcock James K | 92C0498 |
| Bahr Richard O | 94C0217 |
| Baier Arthur W | 92C0868 |
| Bailey Thomas W | 92C0867 |
| Balthazor William A | 94C0028 |
| Barclay Terry D | 92C1173* |
| Barrie Michael R | 93-C-1387 |
| Bartelme Glenn L Sr | 93-C-0714 |
| Bartelme Robert W | 92C0496 |
| Barthuly Herbert W | 92C0201 |
| Bauske Gary R | 92C1173* |
| Beck Kenneth | 92C0868 |
| Becker James D | 92C0202 |
| Beiter John A | 92C0488 |
| Bennington Martin J Sr | 92C0217 |
| Benthien John | 92C0217 |
| Berget Anthony A | 93-C-1302 |
| Bezie Ronald G | 94-C-1192 |
| Bieganski Ralph | 92C1173* |
| Biettler Eugene C | 92C0495 |
| Bishop Vernon J | 93-C-1337 |
| Blando Anthony J | 91C1179 |
| Blawat Harry J | 93-C-1313 |



| Name | Case# |
|---|---|
| Boettcher Henry A | 91C1384 |
| Bolan Ted | 92C0194 |
| Bolwerk Willard J | 92C0867 |
| Bonaparte James J | 92-C-1388 |
| Bongers Martin R Jr | 92C0495 |
| Boschke Ervin A | 92C1179 |
| Boswell Kenneth E | 94-C-1192 |
| Botwinski Dennis A | 92C0868 |
| Braunsdorf Darrell E Jr | 93-C-0714 |
| Brennan Stephen A | 92C0217 |
| Bresnaham Thomas E | 93-C-1229 |
| Brey Raymond A Sr | 92C0493 |
| Brice Harold E | 92C0868 |
| Brill Richard | 92C0868 |
| Brinkman Robert J Sr | 92C0868 |
| Brozek Gary L | 92C0867 |
| Brueggemann Ivan A | 92C0494 |
| Bruhn Fred J Sr | 94-C-1192 |
| Bryan Lyman L | 92C0867 |
| Buechner Gerald N | 92C0867 |
| Buehler Clinton B | 92C0867 |
| Bugiel Randal A Sr | 94-C-1192 |
| Burlo Richard C | 92C0867 |
| Burns Robert G | 94C0216 |
| Buttke David E | 92C0867 |
| Cacchione Emil F | 93-C-1424 |
| Callaway Frank R | 92C0202 |
| Campbell Chester A | 92-1175 |
| Campo James K | 94C0024 |
| Carlson Richard A | 92C0498 |
| Casper Raymond A | 92C0494 |
| Chapp Gordon A | 92C0494 |
| Chappel Michael W | 92C0868 |
| Chase Kenneth E | 92C0494 |
| Chatham Charles W | 2:94-1119 |
| Choudoir Roland F | 92C0489 |
| Close Charles J | 92C1178 |
| Cockings Kenneth G | 94C0217 |
| Coleman George H | 92C0205 |
| Colward Royal T | 94C0021 |
| Colwell Terence T | 94-C-0837 |

| Name | Case# |
|------|-------|
| Connell Lawrence D | 93-C-1426 |
| Cook Earl B | 94-C-1192 |
| Corbisier Sidney V | 92C0867 |
| Corroy Milan G | 93-C-0714 |
| Cory Bryan R | 93-C-1255 |
| Cottrell Floyd V | 92C0197 |
| Craw Edwin C Sr | 93-C-0714 |
| Czerwinski Brian | 94-C-1192 |
| Dahmen Christian H | 92-C-1388 |
| Dart Leon G | 92C0868 |
| De Coster Norbert | 92C0197 |
| Denson Raymond V | 92C0867 |
| Dezur Edward J Sr | 92C0494 |
| Diedrich Leonard A Sr | 92C0495 |
| Diercks Daniel G Sr | 94-C-1192 |
| Dixon Noel L | 94-C-0837 |
| Doherty Donald D | 92C0496 |
| Dondlinger John J | 92C0868 |
| Dooman Ronald V | 92C0868 |
| Doornek Lester A | 92C0194 |
| Drabek Gary F | 94-C-0162 |
| Dreier Walter J | 94-C-1192 |
| Drews Robert H | 94-C-1192 |
| Drexel Roy H | 92C0868 |
| Ducat Roland J | 92C0496 |
| Duley James P | 92C0495 |
| Dunne Michael J | 93-C-1227 |
| Dutscheck Robert C | 93-C-1222 |
| Ebertz Vincent A Sr | 92C0201 |
| Edgren Robert R Sr | 92C0488 |
| Eiden Chester M | 94-C-1192 |
| Ellenbecker John J | 94-C-1192 |
| Emanuele Carlo R | 93-C-1392 |
| Engerson Earle W | 94-C-0837 |
| Faber Francis J | 92C0868 |
| Fawley Clinton R | 91C1179 |
| Fay Glen A | 92C0867 |
| Feehrer Charles | 93-C-1417 |
| Filter Donald C | 92C1174 |
| Fiori Eugene | 92C1174 |
| Fiorini Guido | 91C1179 |

| Name | Case# |
|---|---|
| Fischer Walter | 94C0217 |
| Fitzsimmons Robert G | 92C0868 |
| Floryance Thomas A | 93-C-0714 |
| Flynn Robert M | 94-C-1192 |
| Free Harlan R Sr | 92C0496 |
| Frohrib Norman J | 94C0022 |
| Galewski George D | 92C0205 |
| Garber Walter | 93C1447 |
| Gartman Robert A | 94C0030 |
| Gartman Ronald H | 92C1176 |
| Gates Russell L | 92C0867 |
| Geldon John M | 91C1179 |
| Georgenson Robert D | 92C0494 |
| Glancey Gerald F | 94C0217 |
| Gleichsner Frank W Sr | 92C0868 |
| Good Russell V Sr | 92C0202 |
| Gore Glen A | 92C0217 |
| Goretski Daniel M | 93-C-1226 |
| Gosz Frank R Sr | 94-C-0827 |
| Graf Raphael J | 94C0162S |
| Grall Robert J | 93-C-1386 |
| Grams Kenneth | 93-C-1388 |
| Grau Hilmer W | 93-C-1230 |
| Greenwald Richard E | 93-C-1414 |
| Gregorski Ronald D | 92C0494 |
| Grosskreutz Charles M | 92C0495 |
| Grueneberg Donald L | 91C1180 |
| Grueter William J | 92C0868 |
| Grunseth Benton L | 94-C-0563-S |
| Grunseth Thomas O | 94-C-0563-S |
| Guilfoyle Thomas L Sr | 92C0217 |
| Haen Clarence L | 92C0497 |
| Hagemann Robert C | 94C0216 |
| Haines Terry R | 91C1177 |
| Halverson Richard L Sr | 93-C-0714 |
| Hamann Robert A | 93-C-1228 |
| Hamilton Ronald L | 92C0195 |
| Hardy Thomas E | 94-C-0827 |
| Harrell Raymond C | 92C0217 |
| Hartl Raymond B | 92C0193 |
| Hartwright Hubert J | 94-C-0094 |

| Name | Case# |
|---|---|
| Hasel Merlin G | 92C0498 |
| Hasenberg Charles R | 93-C-1391 |
| Hatfield Olin J | 94C0217 |
| Hatter Ernest | 92C0494 |
| Haupt Wayne C | 93-C-0714 |
| Havitz John S | 92C0497 |
| Hayes Raymond A | 94-C-0837 |
| Heinrich Erwin B | 93-C-1253 |
| Heling Ronald O Sr | 94C0035 |
| Helminiak Ernest P | 92C0497 |
| Hembel Lester H Sr | 92C0496 |
| Hendricks James F | 92C0868 |
| Henkel Norbert R Sr | 92C0868 |
| Henthorn Herbert P | 92C0498 |
| Herber Kenneth J | 92C0868 |
| Herrick John F | 92C0868 |
| Herriges Thomas J | 93-C-1408 |
| Hertel Theodore L | 92C0205 |
| Higginson Albert | 93-C-0714 |
| Holsen Larry L | 92C0497 |
| Homan Earl H Sr | 92C0498 |
| Hordyk Kenneth J | 94-C-1192 |
| Hurst Cecil  Sr | 92C1176 |
| Hurula Kenneth L | 93-C-1422 |
| Hynek Harlan A Sr | 94-C-0827 |
| Jackson Larry A | 94-C-1192 |
| Jackson Robert E | 93-C-0714 |
| James Steven R | 94-C-0011 |
| Jandrey Lawrence W | 94-C-1192 |
| Jasin Michael | 93-C-1425 |
| Jaskulske Glen T Sr | 92C0196 |
| Jeanquart Anthony E | 93-C-1343 |
| Jeffers Myron F | 94C0217 |
| Jefrey Lester G Sr | 93-C-0714 |
| Jekel Kurt | 94C0217 |
| Johannsen John A | 93-C-1300 |
| Johnson George S | 92C0205 |
| Johnson Harry C | 94-C-1192 |
| Johnson Roy | 92C1179 |
| Johnston Craig W | 92C0867 |
| Jones David E Sr | 92C0488 |

| Name | Case# |
|---|---|
| Kalb Walter H | 92C0868 |
| Kalinowski Clifford F Sr | 92C0488 |
| Kane Peter M | 94-C-0163 |
| Kapusta Donald J | 92C0868 |
| Karl James A | 92C0868 |
| Karnitz Gilbert A | 92C1177 |
| Karnopp Walter H Jr | 92C0489 |
| Kasza John J | 92C0488 |
| Kaufman Conrad A | 92C0200 |
| Kawalske William J | 94-C-1192 |
| Keidl Russell W | 93-C-1385 |
| Keitel Jack A | 92C0495 |
| Kerscher Mark A Sr | 92C1176 |
| Kiepert William | 94-C-0837 |
| Kitzinger Lawrence W | 93C1446 |
| Kizewski Clarence  Jr | 92C0497 |
| Kleser Theodore P | 92C0868 |
| Knitt Earl G | 92C0868 |
| Koenigs Wilbur P | 94C0036 |
| Kolinski Alex | 92C0867 |
| Kolpin James H | 94-C-0010 |
| Kosanke James R Sr | 94-C-0837 |
| Kotajarvi Russell | 93-C-1339 |
| Krajnik Ernest J | 92-C-1388 |
| Kraucunas Constantine J | 92-C-1388 |
| Krause Arnold E | 92C0494 |
| Krieg Arthur G | 92C1179 |
| Krier Jerome N | 93-C-1342 |
| Kropidlowski Frank J | 93-C-1428 |
| Krueger Lee | 93-C-0714 |
| Krueger William G | 93-C-1427 |
| Kuehne Inard N | 92C1177 |
| Kugler Michael T Jr | 92C0493 |
| Kuhnke Donald L | 91C1179 |
| La Crosse Mervin J | 92C0497 |
| Laluzcrne Lyle J | 93-C-0714 |
| Lamers Paul R | 92C1175 |
| Leclercq Francis J | 92-C-1388 |
| Lehn Ronald M | 94-C-0837 |
| Leiterman Edward C | 91C1180 |
| Lelko Leonard J | 94-C-0828 |

| Name | Case# |
| --- | --- |
| Lemens Myron H | 93-C-0714 |
| Lensmire Howard J | 92C0868 |
| Lenz Donald T | 92C0494 |
| Leschke Edmund F Sr | 92C0867 |
| Lewitzke Charles II | 94C0032 |
| Libecki Edward L | 92C0867 |
| Lindner Leo E | 92C1174 |
| Lindsley Glen | 93-C-1345 |
| Link John J Jr | 94C0217 |
| Link Thomas | 93-C-1301 |
| Long Gary L | 92C0497 |
| Long Gerald T | 94C0026 |
| Long William J Sr | 92C1175 |
| Lonzo Wallace W | 92C0868 |
| Lorenzen William P | 92C0494 |
| Losby Daniel H Jr | 94-C-1192 |
| Lubbe Ernst W | 94-C-1192 |
| Luty Harold C | 93-C-1312 |
| Maahs Richard H | 92C0867 |
| Mallory Curtis D Sr | 92C0196 |
| Mancheski Gerald A Sr | 92C0496 |
| Mannetter Vance H | 92C0867 |
| Martin James J | 92C0495 |
| Massey Robert T | 93C1252 |
| Matejowec James P | 92C0489 |
| Mathy Wallace T Sr | 93-C-0714 |
| Matthews Glenn D | 93-C-1311 |
| Mattson William F | 92C0205 |
| McCabe James J | 92C0867 |
| McDaniels Gilbert | 93-C-1389 |
| McDonald James H | 92C0489 |
| McHugh Norbert L | 92C0204 |
| McHugh Robert J | 91C1180 |
| McKenzie Kenneth L | 94-C-0837 |
| McNeese James A | 92C0201 |
| Meissner Roland M | 92C0204 |
| Meissner Russell C | 93-C-0714 |
| Meives Robert L | 94-C-0837 |
| Melnarik Merlin G | 92C1174 |
| Merkel Albert L | 94-C-1192 |
| Mickelson Russell | 92C0868 |

| Name | Case# |
|------|-------|
| Miller John F | 92C0867 |
| Miller Thomas L | 94C0217 |
| Miracola Barney | 94C0127 |
| Moderson Norman W | 92C0498 |
| Moffitt Wilbur H Jr | 92C0868 |
| Moon Ronald L | 94-C-0837 |
| Moore Donald I | 92C0201 |
| Moore Wilfred C | 92C0201 |
| Morgan Roger A | 92C1176 |
| Morgen Joseph A | 92C0868 |
| Morrell John W | 92C0496 |
| Moss Carlton J | 94C0019 |
| Mroczkowski John | 92C0496 |
| Mrotek Robert E Sr | 92C0867 |
| Mueller Ronald E | 92C0495 |
| Muench Gene D | 91C1180 |
| Nagle Clyde J | 92C0494 |
| Nakielski Michael W Sr | 94-C-0837 |
| Neuburg Leo J | 94-C-0013 |
| Neuman Richard C | 94-C-1192 |
| Nieland Delmar A | 92C1177 |
| O'Neil William E | 94-C-0006 |
| Obradovich Joseph | 92C1179 |
| Obst Fred J | 92C0868 |
| Ohm Bernard R | 92C0494 |
| Olsen William D | 94-C-0837 |
| Olson Lemuel N | 92C0197 |
| Olson Raymond I | 94C0217 |
| Owens Cecil | 92C0867 |
| Pagel Allan R | 92C0496 |
| Pape Henry J | 92C0867 |
| Papp Edward P Sr | 92C0868 |
| Parker Donald E | 92C0197 |
| Penland Luther C | 94C0217 |
| Peplinski Robert F | 92C0497 |
| Peters Derald | 93C1418 |
| Peters Richard A | 93-C-0714 |
| Peterson Donald R | 93-C-0714 |
| Phyles Dallas A | 94-C-1192 |
| Pinske Elmer N | 92C0489 |
| Plier Duane | 93C1419 |

| Name | Case# |
|---|---|
| Plucker Richard A | 92C1177 |
| Poehls Jerry C | 92C0217 |
| Poppy Bruce A | 92C0205 |
| Powers Robert J | 92C0493 |
| Precour Herbert Jr | 92C0205 |
| Puccio Paul M | 92C1175 |
| Radtke Edwin O | 92C0495 |
| Ranieri Charles A | 92C0494 |
| Rasmussen Harold E Sr | 92C0494 |
| Rathe Richard A | 92C0496 |
| Rausch Leo M Jr | 92C0868 |
| Recely James J | 94C0027 |
| Recker Carl F | 92C0495 |
| Redlin Willis J | 92C0488 |
| Reid Ronald F | 93-C-1340 |
| Reigh Steven J | 92C0867 |
| Reischl John E | 94C0018 |
| Reuter Richard R | 92C0217 |
| Rimkus Benedict M Jr | 92C0868 |
| Rinke Hilary B | 93-C-1415 |
| Rodenkirch Richard A | 92C0498 |
| Roeder Roy R | 94-C-1192 |
| Rohrick Paul F | 94-C-1192 |
| Rortvedt Oscar S Sr | 94C0217 |
| Ruppert Gary L | 92C1178 |
| Ruszkiewicz Walter B | 94C0217 |
| Ryczek Gerald J | 93-C-1388 |
| Sabec Oliver A Sr | 92C0216 |
| Sabend Joseph J | 94C0023 |
| Sauer James J | 92C0496 |
| Sauer Robert J | 92-C-1388 |
| Sauerzopf John | 92C0498 |
| Schalk George | 92C0205 |
| Schauer Thomas | 92C1177 |
| Scheffner Roy A Sr | 94C0127 |
| Scheib Frederick R | 92C0867 |
| Scherbert Gordon H | 93-C-1384 |
| Schiedemeyer Cyril J Sr | 92C0194 |
| Schiesser John M | 94C0020 |
| Schiro Victor | 92C1176 |
| Schmidt Arthur J Sr | 92C1178 |

| Name | Case# |
|------|-------|
| Schmidt Floyd E | 92C0489 |
| Schmidt Robert J | 94-C-1192 |
| Schmitz John E | 92C1175 |
| Schmudlach Gerald W | 92C0868 |
| Schoenborn James O | 92C0868 |
| Schoenecker Paul | 92C0868 |
| Schoenick Delmar H | 93-C-1223 |
| Schrauth Daniel L | 93-C-1421 |
| Schroeder Edward G | 92C0867 |
| Schroeder Erwin J | 92C0495 |
| Schroeder Richard A | 94-C-0837 |
| Schwaner Jacob | 92C0867 |
| Schweitzer David W | 93-C-1341 |
| Seep Frank E | 92C0489 |
| Selig Daniel R | 94C0216 |
| Selvick Melvin J | 92C0217 |
| Serre Lester V | 93-C-1420 |
| Shanks Kenneth T | 92C0497 |
| Sheahan Gerald E | 92C1174 |
| Shew Richard O | 92C0868 |
| Shew Robert H | 92C0868 |
| Shew Wayne E Jr | 92C0495 |
| Shinsky Leo J | 94-C-0837 |
| Sichi Anthony | 94-C-1192 |
| Siemers Eldor R | 92C0497 |
| Sieracki Felix L | 92C0496 |
| Singleton Jesse L Sr | 94-C-1203 |
| Sixel Donald R Sr | 92C1176 |
| Smaglick Leroy J | 93-C-1344 |
| Smith Harry L | 92C0201 |
| Smith Robert H | 92C1178 |
| Smith William J | 92C0868 |
| Sommer Paul S | 93-C-1254 |
| Spaeth Bernard F | 92C0495 |
| Spaight John V | 92C0867 |
| Stange Allen E | 92C0203 |
| Steckl Peter J | 92C0194 |
| Steffen Gerald E | 92C0867 |
| Steiner Randy L | 92C0868 |
| Steinke Roger L | 91C1176 |
| Steuber Robert G | 92C0868 |

| Name | Case# |
|------|-------|
| Stib Robert A | 94C0217 |
| Straight Ronald E | 92C0868 |
| Strong Clarence R | 93-C-1256 |
| Stuebs James | 92C1175 |
| Stumpf Joseph J | 94-C-0012 |
| Sullivan John L | 92C0217 |
| Sullivan Terrence M | 94-C-0837 |
| Surrarrer Ray K | 92C0205 |
| Szopinski George L | 92C0867 |
| Taylor Calvin E | 94C0217 |
| Teesch Lawrence G | 92C1178 |
| Tellock Marvin A | 92C0489 |
| Tellock Ralph O | 92C0201 |
| Tenaglia Albert A | 92C0494 |
| Theis James K | 92C0217 |
| Tickler Dirk W | 93-C-0714 |
| Tischer Fred W Jr | 92C0498 |
| Todd Edward T Sr | 92C0202 |
| Tollefson Alfred O Sr | 92C0199 |
| Tollefson Gerald A | 92C0496 |
| Tomczuk Richard E | 92C0496 |
| Torzala Tony | 93-C-1381 |
| Trepanier Earl J Sr | 93-C-0714 |
| Uecker Gerald J | 94-C-0164 |
| Uecker Glenway H | 92C0497 |
| Valetic Edwin W | 93-C-1225 |
| Valuch Harold G | 94C0216 |
| Van Lanen Kenneth J | 93-C-0714 |
| Van Mun Michael G | 91C1180 |
| Van Neck Willem C | 04C0029 |
| Vance James D | 94-C-0563-S |
| Vande Hey Bruce N | 92C0495 |
| Vandenberg Elmer J | 92C0495 |
| Vandertie Sanford J | 92C0867 |
| Vanwieringen Cornelis | 93-C-1383 |
| Vento Frank Sr | 92C0867 |
| Verburgt John J Jr | 92C0204 |
| Verna Edward | 93-C-1412 |
| Vertz Roger A | 92C1176 |
| Vetter Jerome M | 92C0867 |
| Vick Thomas E | 92C0867 |

| Name | Case# |
|---|---|
| Vincent Ronald B Sr | 92C1178 |
| Vogt Raymond G | 92C1179 |
| Vohs Gary L | 94-C-1192 |
| Wald Frederic J | 93-C-1405 |
| Ward James W | 92C0867 |
| Warner Ronald E | 92C0203 |
| Watson James M | 92C0495 |
| Welch James E | 92C1175 |
| Weyenberg Richard J | 92C0197 |
| Windorski Daniel F | 91C1179 |
| Wing Lyle E | 92C0498 |
| Winkelman Clifford J | 94-1120 |
| Winzer Wilhelm | 93-C-1416 |
| Wirta Duane | 93-C-1406 |
| Wolferstetter Ernst | 92C0494 |
| Wudtke Dennis R | 92C0498 |
| Wurst Kenneth J | 92C0868 |
| Wylie John L | 92C0868 |
| Zabolski Alex | 94C0025 |
| Zach Raymond K | 92C1175 |
| Zacher Erwin S | 94-C-0008 |
| Zemaitis Frank E | 94-C-1192 |
| Zimmermann Donald J | 92C0495 |
| Zirbel Elmer R | 92C0497 |