U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
'08 APR -8 A10:07
JON W. SANFILIPPO, CLERK
MAIL-REC'D

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | Civil Action No. MDL 875 |
| This Document Relates to: U.S. DISTRICT FOR THE EASTERN DISTRICT OF WISCONSIN | |
| All Cascino Vaughan Law Office Cases on Attached Exhibit "A" | Civil Action No. See Exhibit "A" |

## ORDER

THIS MATTER being reviewed this date upon Plaintiffs' Motion to Withdraw Motion, and the Court having reviewed this case;

IT IS HEREBY ORDERED that the Motion for Voluntary Dismissal for the cases listed on attached Exhibit "A" is withdrawn.

BY THE COURT:

Date: 3/20/2008

Honorable James T. Giles

## EXHIBIT "A"

| Case# | Last |
|---|---|
| 91-1176 | Steinke |
| 91-1179 | Blando |
| 91-1179 | Fawley |
| 91-1179 | Fiorini |
| 91-1179 | Kuhnke |
| 91-1179 | Windorski |
| ~~91-1179~~ | ~~Yager~~ |
| 91-1180 | Grueneberg |
| 91-1180 | Kosir |
| 91-1180 | McHugh |
| 91-1180 | Ostrand |
| 91-1180 | Van Mun |
| 91-1384 | Boettcher |
| 92-0193 | Hartl |
| 92-0194 | Bolan |
| 92-0194 | Bussen |
| 92-0194 | Doornek |
| 92-0194 | Schiedemeyer |
| 92-0195 | Hamilton |
| 92-0196 | Jaskulske |
| 92-0196 | Mallory |
| 92-0197 | Cottrell |
| 92-0197 | De Coster |
| 92-0197 | Olson |
| 92-0197 | Weyenberg |
| 92-0199 | Tollefson |
| 92-0200 | Anschutz |
| 92-0200 | Kaufman |
| 92-0201 | Ebertz |
| 92-0201 | McNeese |
| 92-0201 | Smith |
| 92-0201 | Tellock |
| 92-0202 | Suchorski |
| 92-0203 | Stange |
| 92-0203 | Warner |
| 92-0205 | Ahler |
| 92-0205 | Coleman |
| 92-0205 | Galewski |
| 92-0205 | Hertel |
| 92-0205 | Johnson |
| 92-0205 | Mattson |
| 92-0216 | Sabec |
| 92-0217 | Benthien |
| 92-0217 | Harrell |
| 92-0217 | Poehls |
| 92-0217 | Selvick |
| 92-0217 | Sullivan |
| 92-0217 | Theis |

| Case No. | Name |
|---|---|
| 92-0488 | Beiter |
| 92-0488 | Edgren |
| 92-0488 | Jones |
| 92-0488 | Kalinowski |
| 92-0488 | Kasza |
| 92-0488 | Redlin |
| 92-0489 | Choudoir |
| 92-0489 | Karnopp |
| 92-0489 | Matejowec |
| 92-0489 | McDonald |
| 92-0489 | Pinske |
| 92-0489 | Schmidt |
| 92-0489 | Seep |
| 92-0489 | Tellock |
| 92-0493 | Brey |
| 92-0493 | Kugler |
| 92-0493 | Powers |
| 92-0494 | Abrams |
| 92-0494 | Brueggemann |
| 92-0494 | Georgenson |
| 92-0495 | Biettler |
| 92-0495 | Diedrich |
| 92-0495 | Keitel |
| 92-0495 | Martin |
| 92-0496 | Free |
| 92-0496 | Mancheski |
| 92-0496 | Perlewitz |
| 92-0497 | Holsen |
| 92-0497 | Peplinski |
| 92-0497 | Weister |
| 92-0498 | Babcock |
| 92-0498 | La Fleur |
| 92-0498 | Sauerzopf |
| 92-0867 | Bacon |
| 92-0868 | Baier |
| 92-0868 | Bauer |
| 92-0868 | Karl |
| 92-0868 | Monfils |
| 92-0868 | Rausch |
| 92-0868 | Schmudlach |
| 92-0868 | Shew |
| 92-0868 | Steiner |
| 92-0868 | Wurst |
| 92-1173 | Albrecht |
| 92-1173 | Albrecht |
| 92-1173 | Allen |
| 92-1173 | Bieganski |
| 92-1173 | Bolda |
| 92-1174 | Filter |
| 92-1174 | Lindner |
| 92-1174 | Smith |
| 92-1175 | Lamers |

| Case | Name |
|---|---|
| 92-1175 | Long |
| 92-1175 | Schmitz |
| 92-1175 | Welch |
| 92-1176 | Gauthier |
| 92-1176 | Hurst |
| 92-1176 | Morgan |
| 92-1176 | Sixel |
| 92-1176 | Vertz |
| 92-1177 | Kuehne |
| 92-1177 | Nieland |
| 92-1178 | Ruppert |
| 92-1178 | Schmidt |
| 92-1179 | Christofferson |
| 92-1179 | Meiller |
| 93-0714 | Bartelme |
| 93-0714 | Craw |
| 93-0714 | Floryance |
| 93-0714 | Halverson |
| 93-0714 | Haupt |
| 93-0714 | Higginson |
| 93-0714 | Jackson |
| 93-0714 | Jefrey |
| 93-0714 | Krueger |
| 93-0714 | Meissner |
| 93-0714 | Sawyer |
| 93-1225 | Valetic |
| 93-1227 | Dunne |
| 93-1228 | Hamann |
| 93-1229 | Bresnahan |
| 93-1253 | Heinrich |
| 93-1254 | Sommer |
| 93-1256 | Strong |
| 93-1300 | Johannsen |
| 93-1301 | Link |
| 93-1311 | Matthews |
| 93-1337 | Bishop |
| 93-1339 | Kotajarvi |
| 93-1340 | Reid |
| 93-1342 | Krier |
| 93-1344 | Smaglick |
| 93-1384 | Scherbert |
| 93-1387 | Barrie |
| 93-1388 | Ryczek |
| 93-1391 | Hasenberg |
| 93-1392 | Emanuele |
| 93-1414 | Greenwald |
| 93-1415 | Rinke |
| 93-1419 | Plier |
| 93-1423 | Almond |
| 93-1424 | Cacchione |
| 93-1425 | Jasin |
| 93-1426 | Connell |

| Case | Name |
|---|---|
| 93-1446 | Kitzinger |
| 94-0020 | Schiesser |
| 94-0028 | Balthazor |
| 94-0161 | Aumueller |
| 94-0162 | Drabek |
| 94-0216 | Johnson |
| 94-0216 | Ketchum |
| 94-0216 | Koehler |
| 94-0216 | Morris |
| 94-0216 | Reichert |
| 94-0216 | Schwarz |
| 94-0216 | Troudt |
| 94-0217 | Bahr |
| 94-0217 | Fischer |
| 94-0217 | Jekel |
| 94-0217 | Yuds |
| 94-0827 | Hardy |
| 94-0827 | Kloostra |
| 94-0827 | Schneider |
| 94-0828 | Lelko |
| 94-0837 | Colwell |
| 94-0837 | Erickson |
| 94-0837 | Hayes |
| 94-0837 | Kiepert |
| 94-0837 | Kosanke |
| 94-0837 | McKenzie |
| 94-0837 | Moon |
| 94-0837 | Shinsky |
| 94-1120 | Smith |
| 94-1192 | Boswell |
| 94-1192 | Boyden |
| 94-1192 | Bruhn |
| 94-1192 | Diercks |
| 94-1192 | Dreier |
| 94-1192 | Erdman |
| 94-1192 | Jackson |
| 94-1192 | Kawalske |
| 94-1192 | Losby |
| 94-1192 | Lubbe |
| 94-1192 | Roeder |